E-filing

**FILED**
MAY 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



CV 08    2387    PJH (PR)

To: who it may concern

Greetings my name is Jaime Valenzuela (T-86294) I am currently incarcerated in C.S.P. Sac (New Folsom). On 6-18-03 I arrived to C.S.P. Sac and was endorsed to general population however when I arrived to C-facility I was placed on a modified program consisting of an ethnic label by C.S.P. Sac administration leaving no plan for me but segregate me with others who like have never received a disciplinary action against another race or group. I am contending this unjust modified program that I have been force to endure since my arrival to this prison. I have exhausted the 602 (grievance) process but I and others like me have tried to no avail therefore I have no other option but to seek outside help and to make this hidden oppression that we are enduring known and common to those on the outside world in hopes that you will aid me/us in our quest for justice?! As we speak I and others alike are being deprived from receiving the same rights and privileges as general population i.e. no access to vocation/trades no main yard where I can run laps or partake in physical activities such as pull-ups bars or excercise bars in general. I and others alike have been deprived from our "Free exercise of Religion" clause of the first amendment of the U.S. Constitution (on 3-28-08 C.S.P. Sac allowed (for the first time in ten years) inmates that have been ethnically labeled "Northern Hispanics" to physically attend chapel services prior to said date the only religious assistance we would get was conducted in front of our cell door by those of the Christian Religion thus leaving me of Catholic religion without assistance in practising our beliefs. Now as a lifer I am required to acquire trades/vocation and participate in self help programs for rehabilitation we are being deprived from partaking in all aforementioned and being

denied our "due process clause" of the 14th amendment as well as our "equal protection clause" of the 14th amendment c.d.c.r (has added a new word "Rehabilitation" The word Rehabilitation only has merit when allowed to participate in Rehabilitation Programs! furthermore a California Superior Judge "Robert W Weir made a sound decision in the case of Aaron Escalera v. Terhune (2002) case no. hcpb 00-5164" The Superior Court for the County of del norte issued its legal findings to c.d.c.r irradicating "Race based" lockdowns that New Folsom c-facility is continuing to practice in violation of my/our rights to due process and equal protection of the laws pursuant to the 14th Amendment to the U.S. Constitution according to c.d.c.r protocol it is standard procedure at the onset of any lock down to suspension is now penetrating its (10) ten year anniversary no one else has been subjected to these extended ten years of modified programs this is unconstitutional New Folsom is maintaining a "Culture of separation and subjecting inmates to a modified Program based on a "ethnic label" Not because of our individual behavior thus depriving us from equal Justice/equal opportunity. New Folsom has made no attempts to better the Relations of this inmates at all furthermore it is apparent New Folsom is affording preferential treatment to inmates on the basis of ethnicity which is bias and constitutionally impermissible all the aforemention is unjust. Ethnic discrimination and cruel and unusal punishment in violation of the 8th amendment of the U.S. Constitution!

I appreciate your time.

Jaime Valenzuela T-86294.

SOUTHERN DISTRICT OF CALIFORNIA
CLERK, U.S. DISTRICT COURT
RICHARD W. WIEKING

FILED



J. Valenzuela Tarzan
C.S.P. SAC. L.S. 110
P.O. Box 29 0055
Represa, CA. 95671

Clerk Federal Judge
Thelton E. Henderson
District Court for Northern California
450. Golden Gate Ave
San Francisco, CA. 94102

RECEIVED
MAY 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA