UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JAIME VALENZUELA,<br><br>           Plaintiff. | No. C 08-2387 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

This case was opened when the court received a letter from plaintiff complaining about violations of his constitutional rights. In an effort to protect his rights, the clerk treated the letter as an attempt to open a new case.

On May 8, 2008, plaintiff was sent a notice that he was required to pay the filing fee or file an application to proceed in forma pauperis within thirty days. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

No response has been received. The court concludes from his failure to respond that he did not intend to file a new case. This case is therefore **DISMISSED** without prejudice. Because it was opened in error, no fee is due. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  June 20, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.08\VALENZUELA2387.DISMISS-IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JAIME VALENZUELA,<br><br>        Plaintiff,<br><br>_____/ | Case Number: CV08-02387 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jaime Valenzuela T-86294
C.S.P. SAC
C-5-110
P.O. Box 290002
Represa, CA 95671

Dated: June 20, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk