UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JAIME VALENZUELA,<br><br>        Plaintiff. | No. C 08-2387 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

This case was opened when the court received a letter from plaintiff complaining about violations of his constitutional rights. In an effort to protect his rights, the clerk treated the letter as an attempt to open a new case.

On May 8, 2008, plaintiff was sent a notice that he was required to pay the filing fee or file an application to proceed in forma pauperis within thirty days. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed.

No response has been received. The court concludes from his failure to respond that he did not intend to file a new case. This case is therefore **DISMISSED** without prejudice. Because it was opened in error, no fee is due. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: June 20, 2008.

                PHYLLIS J. HAMILTON
                United States District Judge

G:\PRO-SE\PJH\CR.08\VALENZUELA2387.DISMISS-IFP.wpd