UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JAIME VALENZUELA,<br><br>            Plaintiff.         / | No. C 08-2387 PJH (PR)<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: June 20, 2008.

                                   PHYLLIS J. HAMILTON
                                   United States District Judge

G:\PRO-SE\PJH\CR.08\VALENZUELA2387.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JAIME VALENZUELA,<br><br>              Plaintiff,<br><br>_____ / | Case Number: CV08-02387 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jaime Valenzuela T-86294
C.S.P. SAC
C-5-110
P.O. Box 290002
Represa, CA 95671

Dated: June 20, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk